UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 3:16-cv-02341-GPC-DHB |
|---|---|
| HERMAN LORNES, JR.,  Debtor. | **ORDER DISMISSING BANKRUPTCY APPEAL WITHOUT PREJUDICE AS TO ITS REASSERTION TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| HERMAN LORNES, JR.,  Appellant, | |
| v. | [ECF No. 1.] |
| THOMAS H. BILLINGSLEA, chapter 13 trustee; UNITED STATES TRUSTEE,  Appellees. | |

On September 13, 2016, Appellant Herman Lornes, Jr. ("Appellant"), proceeding *pro se*, filed a notice of appeal of the Bankruptcy Appellate Panel's ("BAP's") September 2, 2016 order dismissing his appeal for lack of prosecution. (Dkt. No. 1.) In error, Appellant elected to appeal the BAP's order to the United States District Court for the

Southern District of California. (*Id.* at 1.[1]) The matter was subsequently transmitted to this Court for further proceedings. (Dkt. No. 1-2.)

28 U.S.C. § 158(a) grants district courts jurisdiction to hear appeals from final decisions of bankruptcy courts. Pursuant to Section 158(b), the Ninth Circuit has established a BAP to hear and determine appeals from the bankruptcy courts. Section 158(d) provides that "[t]he courts of appeals shall have jurisdiction of appeals from all final decisions, judgments, orders, and decrees entered under subsections (a) and (b) of this section."

Because the BAP has already ruled on Appellant's appeal in this case, this Court does not have jurisdiction to hear Appellant's appeal of the BAP's order. *See Benny v. England*, No. C-94-0073-CAL, 1994 WL 507441, at *1 (N.D. Cal. Aug. 30, 1994) (holding the same). Appellant must appeal to the United States Court of Appeals for the Ninth Circuit. (*Id.*)

Accordingly, the Court **DISMISSES** Appellant's appeal without prejudice as to its reassertion to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: December 16, 2016

Hon. Gonzalo P. Curiel
United States District Judge

---

[1] All citations to the record refer to the pagination generated by the CM/ECF system.